Submitted December 3, 2021, affirmed January 5, 2022

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

DARRELL EUGENE OSENBROCK,
*Defendant-Appellant.*

Lane County Circuit Court
19CR71551, 19CR37922;
A173145 (Control), A173146

501 P3d 103

Karrie K. McIntyre, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Erik Blumenthal, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Christopher A. Perdue, Assistant Attorney General, filed the brief for respondent.

Before James, Presiding Judge, and Lagesen, Chief Judge, and Kistler, Senior Judge.

PER CURIAM

Affirmed. *State v. Scott*, 283 Or App 566, 578, 388 P3d 1148 (2017).